United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br>        Plaintiff,<br>    v.<br>HENRY LO, et al.,<br>        Defendants. | Case No. 15-cv-01059-WHO<br><br>**ORDER REGARDING JEAN L. HOUSTON'S MOTION TO RELEASE LIS PENDENS AND ALLOW NET PROCEEDS FROM SALE OF PROPERTY TO BE PAID INTO DISTRICT COURT** |

Defendant Jean L. Houston's Motion to Release Lis Pendens and Allow Net Proceeds from Sale of Property to be Paid into District Court came on for hearing before the Honorable William H. Orrick of the above-entitled Court on April 9, 2015 at 1:30 p.m. The parties were represented by counsel as stated on the record.

The Court, after considering the pleadings, the supporting evidence, and the argument of counsel, finds good cause and hereby orders the following:

Plaintiff Square 1 Bank ("Plaintiff") shall prepare, execute, and have notarized a Withdrawal of the Notice of Pendency of Action attached hereto as Exhibit "1," in a form suitable for recording. By 5:00 p.m. on Monday, April 13, 2015, Plaintiff shall deposit the original executed and notarized Withdrawal with First American Title Company, 1900 Lombard Street, San Francisco, California 94123, in reference to Escrow File No. 3807-4828936. Plaintiff shall provide a copy of this Order to First American Title Company together with the Withdrawal, and this Order shall serve as escrow instructions.

Plaintiff's Withdrawal of Notice of Pendency of Action shall be recorded concurrently with the close of escrow on the purchase and sale of the real property located at 55 San Fernando Way, San Francisco, California 94127 (the "Property"). The

1 Withdrawal shall not be recorded if escrow does not close on the purchase and sale of the
2 Property.
3     Upon closing, the net proceeds shall promptly be deposited into this Court and shall
4 be governed pursuant to this Court's March 5, 2015 Order Withdrawing United States'
5 Motion and Vacating Hearing and Order Restraining Sale Proceeds Received by
6 Defendant and Jean Houston, entered in *United States of America v. Henry Lo*, Case No.
7 CR 14-0442-WHO.  By this Order, the Court does not determine or make any finding
8 regarding the parties' or the United States of America's substantive claims or rights to
9 receive all or any portion of the net proceeds from the sale of the Property.

**IT IS SO ORDERED**.

Dated: April 10, 2015



WILLIAM H. ORRICK
United States District Judge