TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: tlallas@lsl-la.com

Attorneys for Plaintiff
SQUARE 1 BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HENRY LO, an individual; and JEAN L. HOUSTON, an individual,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-01059 WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION**<br><br>**Date:** March 8, 2016<br>**Time:** 2:00 p.m.<br>**Ctrm:** 2 |

Order Continuing
Case Management Conference

The Court having considered the Stipulation to Continue Case Management Conference executed by the parties herein, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Case Management Conference previously scheduled for February 9, 2016 is continued to March 8, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor, and that all deadlines associated with the Case Management Conference are continued accordingly. **The parties shall file a Joint Case Management Statement on or before March 1, 2016 that complies with the requirements of the Standing Order in this District and in particular informs the Court of the discovery that has been completed, the discovery that remains, the efforts the parties have made to resolve the case, and the parties' proposed trial schedule.**

DATED: FEBRUARY 3, 2016



_____
UNITED STATES DISTRICT JUDGE

32029