UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SQUARE 1 BANK,

    Plaintiff,

  v.

HENRY LO, et al.,

    Defendants.

Case No. 15-cv-01059-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The Court has been notified that the parties to this action have agreed to a settlement. *See* Dkt. No. 54. Accordingly, this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. If any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: August 30, 2016



WILLIAM H. ORRICK
United States District Judge